441 A.2d 453

Commonwealth v. Larew, Appellant.

 Submitted January 14, 1981. Vincent J. Roskovensky, II, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.